75,439,-02,03,04 6-29-15
monday

To. Texas Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

#Abel Acosta, Clerk

From. Garry Lon Brownlee #1527667
B. Clement Unit
9601 Spur 591

Re. WR-75,439-02    WR-75,439-03    WR-75,439-04
Tr. Ct. No. CCCR07-03016B    CCCR07-03017 B    CCCR07-03018 B

Dear Courts

on march 6, 2015 A habeas writ hearing was ordered by the court in which Atty. mr Tommy Adams From Brownwood Tx. was my apointed To Represent me in Sind Action.

on Friday 3-27-15 I received a letter From mr. Tommy Adams in which he Asked me if I wanted To Appeal the denial For Relief af this habeas hearing (Please see the enclosed letter that I sent To mr Adams which still in county notifying him that I wanted To Appeal the habeas court denied on march 6, 2015 that letter is dated 3-30-15 Can you Please inform me if Sid Appeal was Filed on my be Half

Note: (Enclosed Letter Emh/t/ed Exhibit A)

Thank You
Sincerely
α Garry L Brownlee
Garry L Brownlee
#1527667 Prose

Tommy Adams                                    Sent 3-30-15

"Yes"

Do my Appeal

<u>Why the Judge Ruled against me</u> Tommy
on my Hearing on March 6, 2015 What was
the Judge Finding of my Hearing. Can you
Tell me the Finding.

CCCR07-03016 B WR-75,439-02
#No. CCCR07-03017 B WR-75,439-03
CCCR07-03018 B WR-75,439-04